The People of the State of New York ex rel. Wm. Haley, Appellant, *v.* Daniel W. Cahill, as President of the Common Council of the City of Watertown, et al., Respondents.

(Submitted November 20, 1905; decided November 28, 1905.)

Motion for reargument denied, with ten dollars costs. (See 181 N. Y. 403.)

---

The People of the State of New York, Respondent, *v.* Albert T. Patrick, Appellant.

(Argued November 20, 1905; decided November 28, 1905.)

Motion to amend remittitur, by inserting therein a recital that upon appeal to the Court of Appeals defendant challenged his conviction for murder as being in violation of certain provisions of the Federal Constitution and that by its decision said court overruled such contention, denied. (See 182 N. Y. 131.)

Concur: Cullen, Ch. J., Gray, Bartlett, Haight, Vann and Werner, JJ. Dissenting: O'Brien, J.

---

The People of the State of New York ex rel. Emma L. Moller et al., as Executors and Trustees under the Will of Joseph H. Godwin, Deceased, Appellants, *v.* Frank A. O'Donnel et al., as Commissioners of Taxes and Assessments of the City of New York, Respondents.

(Submitted November 20, 1905; decided November 28, 1905.)

Motion to amend remittitur, so as to award costs to appellants in the Court of Appeals and the Appellate Division only, and not costs in the Special Term, granted. (See 183 N. Y. 9.)

---

Nora Dolan et al., Respondents, *v.* The New York and Harlem Railroad Company et al., Appellants, Impleaded with Another.

(Submitted November 20, 1905; decided November 28, 1905.)

Motion for reargument denied, with ten dollars costs. (See 175 N. Y. 367.)